UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEANNIE SUTHERLAND, et al,

    Defendant.

2:10-cr-0356-LDG-LRL

**ORDER**

Defendant Sutherland has made a request that her expert, Thomas Tarter, appear telephonically at the Rule 702/Daubert hearing scheduled for January 18, 2012 (#222). While the court is sympathetic to the financial burdens connected to the use of experts at, and leading up to, trial, the court cannot make an allowance for anything less than an in-court appearance by the witness at this significant hearing. Accordingly,

THE COURT HEREBY ORDERS that defendant Sutherland's request that her expert appear telephonically (#222) is DENIED.

DATED this 13 day of January, 2012.

_____
Lloyd D. George
United States District Judge