# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | 2:10-cr-0356-LDG-LRL |
| v. | **ORDER** |
| JEANNIE SUTHERLAND, et al, | |
|     Defendants. | |

Regarding the admissibility of documents contained in the government's production in September 2011, the tentative hearing scheduled for Friday, January 20, 2012, will not be necessary. The supplemental briefs filed by defendants Sutherland (#240) and Nunes (#239) reargue the materiality issues decided by the court on September 16, 2011, and do not specifically identify new documents not subject to it. Of course, rulings on motions in limine are subject to reconsideration given developments during trial.

SO ORDERED.

DATED this 19 day of January, 2012.

_____
Lloyd D. George
United States District Judge