# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | 2:10-cr-0356-LDG-LRL |
| v. | **ORDER** |
| JEANNIE SUTHERLAND, et al, | |
|     Defendants. | |

THE COURT HEREBY ORDERS that the orders of forfeiture entered as to defendants Jeannie Sutherland and Kelly Nunez (## 294 and 295) are hereby RESCINDED and VACATED pending resolution of any opposition to such orders.

DATED this __15__ day of February, 2012.

_____
Lloyd D. George
United States District Judge