# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:10-cr-0356-LDG-LRL |
| v. | **STATUS ORDER** |
| JEANNIE SUTHERLAND, et al, | |
| Defendants. | |

After considering the arguments of the parties, the court will enter the amended orders of forfeiture (#300-1 and #300-2) pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2). Defendants Sutherland and Nunes may file further challenges to these orders, or may rely on previously filed briefs. However, the forfeiture hearing shall not be conducted until after the hearing on defendant Sutherland's counsel's motion to withdraw. Finally, defendants Sutherland's and Nunes' sentencing dates shall remain in place subject to being rescheduled to allow defendants their allotted time pursuant to Fed. R. Crim. P. 32.2(b)(2)(B).

SO ORDERED.

DATED this ___15___ day of May, 2012.

_____
Lloyd D. George
United States District Judge