# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | |
|                                                          ) | |
|                       Plaintiff,              ) | |
|                                                          ) | |
|          v.                                          ) | 2:10-CR-356-LDG (LRL) |
|                                                          ) | |
| JEANNIE SUTHERLAND,              ) | |
|                                                          ) | |
|                       Defendant.           ) | |

## AMENDED ORDER OF FORFEITURE

On February 2, 2012, a jury found defendant JEANNIE SUTHERLAND guilty of Counts One and Three of a Three-Count Superseding Indictment, convicting her in Count One with Conspiracy to Commit Wire Fraud and Bank Fraud, in violation of Title 18, United States Code, Sections 1343, 1344(1) and (2), and 1349, and in Count Three with Bank Fraud, in violation of Title 18, United States Code, Section 1344(1) and (2). Docket #60, #287.

This Court finds that JEANNIE SUTHERLAND shall pay a criminal forfeiture money judgment of $2,350,350.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c);Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

1   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
2   States recover from JEANNIE SUTHERLAND a criminal forfeiture money judgment in the amount
3   of $2,350,350.00 in United States Currency.

4   DATED this 15 day of MAY, 2012.

_____
UNITED STATES DISTRICT JUDGE