UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>v.<br><br>JEANNIE SUTHERLAND,<br><br>  Defendant. | 2:10-CR-356-LDG-(VCF) |

**ORDER OF FORFEITURE**

This Court found on June 13, 2012, that JEANNIE SUTHERLAND shall pay a criminal forfeiture money judgment of $2,341,350.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Second Amended Order of Forfeiture, ECF No. 345.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JEANNIE SUTHERLAND, a criminal forfeiture money judgment in the amount of $2,341,350.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this 28 day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE