1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

7  UNITED STATES OF AMERICA,

8          Plaintiff,                                              2:10-cr-0356-LDG-LRL

9  v.                                                              **ORDER**

10 JEANNIE SUTHERLAND, et al,

11         Defendants.

12

13         THE COURT HEREBY ORDERS that Jeannie Sutherland be temporarily released from

14 custody and that she shall self-surrender at the United States Marshal's Office on January 2, 2013,

15 at 2:00 p.m. for completion of her sentence.

16

17         DATED this _____ day of November, 2012.

18

19                                                              _____

20                                                              Lloyd D. George
                                                                United States District Judge

21

22

23

24

25

26