DANIEL G. BOGDEN
United States Attorney
Nevada Bar No. 2137
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada State Bar No. 1925
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
E-mail: Daniel.Hollingsworth@usdoj.gov
Counsel for the United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) 2:10-CR-356-LDG-(VCF) |
| JEANNIE SUTHERLAND, | ) |
| Defendant. | ) |

**UNITED STATES OF AMERICA'S MOTION TO UNSEAL THE SEALED EX PARTE MOTION TO SUBSTITUTE AND TO FORFEIT PROPERTY OF JEANNIE SUTHERLAND AND ORDER**

The United States of America ("United States"), by and through Daniel G. Bogden, United States Attorney for the District of Nevada, and Daniel D. Hollingsworth, Assistant United States Attorney, respectfully requests this Court to unseal the United States of America's Sealed Ex Parte Motion to Substitute and to Forfeit Property of Jeannie Sutherland ("Sutherland") so that the proper parties may be served. The United States Marshals Service took custody of the substitute asset, the real property located at 9405 Shipboard Court, Las Vegas, Nevada 89117 on April 4, 2014. The United States feared that if the Motion was served on Sutherland before the substitute asset was taken into custody, problems would possibly occur.

1       The real property 9405 Shipboard Court, Las Vegas, Nevada 89117 is one of the properties that

2 the Chapter 7 Bankruptcy Trustee, Shelley D. Krohn, abandoned or the automatic stay was lifted in 2:12-

3 BK-24096-MKN.

4       The United States also requests that this Court order Sutherland not to interfere with the United

5 States Marshals Service's custody and interlocutory sale of 9405 Shipboard Court, Las Vegas, Nevada

6 89117 to ensure that no strange activities occur that have been occurring to the Sutherland properties that

7 are in the Chapter 7 Bankruptcy estate in 2:12-BK-24096-MKN.

8       For these reasons, this Court should unseal the United States of America's Sealed Ex Parte

9 Motion to Substitute and to Forfeit Property of Jeannie Sutherland so service of process can be completed

10 and order Sutherland not to interfere with the United States Marshals Service custody and interlocutory

11 sale of 9405 Shipboard Court, Las Vegas, Nevada 89117.

12       DATED this 8th day of April, 2014.

DANIEL G. BOGDEN
United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney


IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DATED: 13 May 2014

2