1  **MWCN**
   MELINDA WEAVER, ESQ.
2  Nevada State Bar No. 11481
   PATTI, SGRO, LEWIS & ROGER
3  720 South 7th Street, 3rd Floor
   Las Vegas, Nevada 89101
4  mweaver@pslrfirm.com
   *Telephone No.: (702) 385-9595*
5  *Facsimile No.:  (702) 386-2737*
   *Attorneys for Defendant*
6

7                    UNITED STATES DISTRICT COURT

8                        DISTRICT OF NEVADA

9                              * * *

10
    UNITED STATES OF AMERICA,         CASE NO.: 2:10-CR-356-LDG-(VCF)
11
                  Plaintiff,
12  vs.

13
    JEANNIE SUTHERLAND,
14
                  Defendant.
15

16
               **MOTION TO WITHDRAW AS COUNSEL OF RECORD**
17
         COMES NOW, MELINDA WEAVER, ESQ., of the law firm of Patti, Sgro, Lewis &
18
    Roger and moves this Honorable Court for an Order allowing her to withdraw as counsel of
19
    record for Defendant Jeannie Sutherland.
20
21  / / /

22  / / /

23  / / /

24  / / /

25
26  / / /

27  / / /

28  / / /

This Motion is made and based upon the following Points and Authorities and the Affidavit of Counsel, contained herein.

DATED this __9th__ day of April, 2014.

                       PATTI, SGRO, LEWIS & ROGER

                       _____
                       MELINDA WEAVER, ESQ.
                       Nevada State Bar No. 11481
                       PATTI, SGRO, LEWIS & ROGER
                       720 South 7th Street, 3rd Floor
                       Las Vegas, Nevada 89101
                       *Telephone No.: (702) 385-9595*
                       *Facsimile No.: (702) 386-2737*
                       *Attorneys for Defendant*

## NOTICE OF MOTION

TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

YOU AND EACH OF YOU PLEASE TAKE NOTICE that counsel for Defendant Jeannie Sutherland will bring the foregoing Motion to Withdraw as Counsel of Record before the above-entitled Court on the on the pk day of pk 2014, at pk or as soon thereafter as the parties may be heard.

DATED this 9th day of April, 2014.

PATTI, SGRO, LEWIS & ROGER

_____
MELINDA WEAVER, ESQ.
Nevada State Bar No. 11481
PATTI, SGRO, LEWIS & ROGER
720 South 7th Street, 3rd Floor
Las Vegas, Nevada 89101
*Telephone No.: (702) 385-9595*
*Facsimile No.: (702) 386-2737*
*Attorneys for Defendant*

**POINTS AND AUTHORITIES**

Supreme Court Rule 46, of the Supreme Court of the State of Nevada, "Withdrawal or change of attorney" states, in pertinent part, that an attorney may be allowed to withdraw at any time before judgment or final determination as follows:

1. Upon consent of the attorney, approved by the client.

2. Upon the order of the court or judge thereof on the application of the attorney or the client.

After judgment or final determination, an attorney may withdraw as attorney of record at any time upon the attorney's filing a withdrawal, with or without the client's consent.

LR IA 10-6 states, in part as follows:

(e) Except for good cause shown, no withdrawal or substitution shall be approved if delay of discovery, the trial or any hearing in the case would result. Where delay would result, the papers seeking leave of Court for the withdrawal or substitution must request specific relief from the scheduled trial or hearing. If a trial setting has been made, an additional copy of the moving papers shall be provided to the Clerk for immediate delivery to the assigned district judge, bankruptcy judge or magistrate judge.

///

///

///

///

///

///

///

///

///

In this case, the scope of the retainer agreement was to handle the matter through appeal to the Ninth Circuit of Court of Appeals. On March 4, 2014, Ms. Sutherland's conviction was affirmed at the Ninth Circuit. The Mandate remanding the case back to District Court was entered on March 27, 2014. It is respectfully requested that Melinda Weaver, Esq. be allowed to withdraw as attorney of record at this time.

DATED this 9th day of April, 2014.

PATTI, SGRO, LEWIS & ROGER

/s/ Melinda Weaver

MELINDA WEAVER, ESQ.
Nevada State Bar No. 11481
PATTI, SGRO, LEWIS & ROGER
720 South 7th Street, 3rd Floor
Las Vegas, Nevada 89101
*Telephone No.: (702) 385-9595*
*Facsimile No.: (702) 386-2737*
*Attorneys for Defendant*

ORDER

IT IS SO ORDERED.

DATED this 13 day of May, 2014.

_____
Lloyd D. George
Sr. U.S. District Judge

# AFFIDAVIT OF COUNSEL

STATE OF NEVADA    )
                                    ) ss:
COUNTY OF CLARK  )

MELINDA WEAVER, ESQ., being first duly sworn, deposes and says:

1. That I am the attorney of record for Defendant Jeannie Sutherland in this case and am testifying based upon my personal knowledge.

2. That the scope of the retainer agreement was to handle the matter through appeal to the Ninth Circuit of Court of Appeals. On March 4, 2014, Ms. Sutherland's conviction was affirmed at the Ninth Circuit. The Mandate remanding the case back to District Court was entered on March 27, 2014.

3. That the last known address of Defendant named above and where all future pleadings and correspondence may be served is:

    Jeannie Sutherland
    45123-048
    RRM Phoenix
    RESIDENTIAL REENTRY OFFICE
    230 N FIRST AVE, SUITE 405
    PHOENIX, AZ 85003

4. That a copy of this Motion will be served upon Plaintiff and Defendant in a manner authorized by statute.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
MELINDA WEAVER, ESQ.

SUBSCRIBED AND SWORN to before me this 9 day of April, 2014.

_____
NOTARY PUBLIC in and for said County and State.

CYNTHIA KARZEN
Notary Public State of Nevada
No. 10-3583-1
My Appt. Exp. Nov. 22, 2014