# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JEANNIE SUTHERLAND,<br><br>　　　　Defendant. | Case No. 10-cr-0356-LDG-VCF<br><br>**ORDER TO TERMINATE SUPERVISED RELEASE** |

　　　GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that pursuant to Title 18 U.S.C. § 3583(e), Defendant Jeannie Sutherland's term of supervised release is hereby terminated.

　　　DATED this 13 day of July, 2016.

_____
Lloyd D. George
Sr. U.S. District Judge